David Witherspoon, Esq.
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736

United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| Iziah Lockett | } | 17-20441 |
|     Debtors | } | |
| | } | Chapter 13 |

_____

Certification of Debtor in opposition

to creditors motion to vacate stay

I Iziah Lockett, under penalty of perjury hereby certify;

1. I fell behind in mortgage payments due to personal family matters.

2. I am behind for the months of October thru January 2018.

3. I just mailed in the October payment on 1/2/18.

4. I would like to settle this matter by having the November thru January payments paid over 6 months beginning in February 2018.

5. My income supports the slight increase in mortgage payments.

Dated January 7, 2018          /s/ Iziah Lockett

                                                  Iziah Lockett

David Witherspoon, Esq.
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736

United States Bankruptcy Court

District of New Jersey

Iziah Lockett    }    17-20441
    Debtors    }
           }    Chapter 13

_____

Certification of Debtor in opposition

to creditors motion to vacate stay

I Iziah Lockett, under penalty of perjury hereby certify;

1. I fell behind in mortgage payments due to personal family matters.

2. I am behind for the months of October thru January 2018.

3. I just mailed in the October payment on 1/2/18.

4. I would like to settle this matter by having the November thru January payments paid over 6 months beginning in February 2018.

5. My income supports the slight increase in mortgage payments.

Dated January 7, 2018    /s/ Iziah Lockett

                                                   Iziah Lockett