UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David Witherspoon
Attorney At Law
10 Hill Street-Suite 20Y
Newark, NJ 07102
973-991-0736

Order Filed on June 16, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
Iziah Lockett

Case No.: 17-20441

Chapter: 13

Judge: Stacey L Meisel

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 16, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ David Witherspoon _____, the applicant, is allowed a fee of $ _____ 400 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 400 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 821 _____ per month for _____ 23 _____ months to allow for payment of the above fee.

*rev.8/1/15*