Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 7, 2022

**Chapter 13 Case # 17-20441**

Re:  IZIAH LOCKETT  
8 HUDSON AVE.  
EAST ORANGE, NJ  07018

Atty:  DAVID JEROME WITHERSPOON  
LAW OFFICE OF DAVID WITHERSPOON  
502 BAY BLVD.  
SEASIDE HEIGHTS, NJ  08751

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $43,491.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/09/2017 | $400.00 | 17561633412 | 07/18/2017 | $400.00 | 24674907047 |
| 08/25/2017 | $400.00 | 23818516762 | 10/05/2017 | $400.00 | 24623655063 |
| 10/27/2017 | $425.00 | 23818572270 | 11/27/2017 | $245.00 | 17339181041 |
| 11/27/2017 | $500.00 | 17339181040 | 12/11/2017 | $744.00 | 24623699141 |
| 01/17/2018 | $744.00 | 24817433725 | 02/13/2018 | $745.00 | 24794404547 |
| 03/20/2018 | $744.00 | 25066655403 | 04/13/2018 | $744.00 | 24794471024 |
| 06/01/2018 | $744.00 | 25126935175 | 06/29/2018 | $744.00 | 25126949744 |
| 08/03/2018 | $744.00 | 17795307850 | 08/29/2018 | $744.00 | 18274775782 |
| 10/10/2018 | $744.00 | 25391142191 | 11/13/2018 | $744.00 | 25528007248 |
| 12/20/2018 | $744.00 | 17830087778 | 01/15/2019 | $744.00 | 25637119503 |
| 02/28/2019 | $757.00 | 25528639757 | 03/29/2019 | $749.00 | 25637177158 |
| 04/15/2019 | $749.00 | 25528662663 | 04/24/2019 | $749.00 | 25528666691 |
| 06/06/2019 | $749.00 | 25901827907 | 06/20/2019 | $759.00 | 25901856461 |
| 07/18/2019 | $759.00 | 26033846951 | 08/20/2019 | $745.00 | 26033868742 |
| 10/07/2019 | $750.00 | 26033844262 | 10/30/2019 | $745.00 | 26206256924 |
| 12/11/2019 | $745.00 | 26171498316 | 03/16/2020 | $750.00 | 26384799407 |
| 03/31/2020 | $750.00 | | 05/08/2020 | $803.00 | |
| 05/26/2020 | $803.00 | 26172124132 | 07/01/2020 | $803.00 | 26668734480 |
| 07/27/2020 | $803.00 | | 08/18/2020 | $803.00 | |
| 09/28/2020 | $803.00 | | 10/29/2020 | $803.00 | |
| 12/01/2020 | $803.00 | | 01/08/2021 | $803.00 | |
| 01/28/2021 | $803.00 | | 02/04/2021 | $216.75 | |
| 02/26/2021 | $803.00 | | 03/26/2021 | $803.00 | |
| 04/26/2021 | $803.00 | | 06/07/2021 | $803.00 | |
| 07/08/2021 | $803.00 | | 08/04/2021 | $803.00 | |
| 08/20/2021 | $803.00 | | 10/05/2021 | $803.00 | |
| 10/14/2021 | $874.53 | 27566442167 | 12/22/2021 | $812.00 | 27729666437 |
| 01/04/2022 | $812.00 | 27779236841 | 01/31/2022 | $820.00 | 27779202516 |
| 03/03/2022 | $820.00 | 27847838125 | 03/17/2022 | $821.00 | 27847849836 |

**Chapter 13 Case # 17-20441**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/26/2022 | $821.00 | 27847879661 | 05/24/2022 | $821.00 | 28219725000 |
| 06/22/2022 | $678.00 | 28028083331 | | | |

**Total Receipts: $44,149.28  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $44,149.28**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,536.83 | |
| ATTY | ATTORNEY | ADMIN | 5,055.50 | 100.00% | 5,055.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCION USA INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0002 | ARTHUR ROTHMAN MD | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 880.23 | * | 9.83 | |
| 0006 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 201.65 | * | 0.00 | |
| 0008 | CONRAD CR CO | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CREDIT MANAGEMENT LP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | EASTERN ACCOUNT SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | ENHANCED RECOVERY CO | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | GECRB/TJX COS | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | GECRB/WALMART DC | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 21,733.32 | 100.00% | 21,733.32 | |
| 0016 | HSBC BANK USA NA | MORTGAGE ARRE | 13,128.14 | 100.00% | 13,128.14 | |
| 0017 | NORTH AMERICAN PARTNERS IN ANESTI | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | NORTHFIELD SURGICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PSE&G | UNSECURED | 1,001.96 | * | 11.18 | |
| 0020 | PRIMARY MEDICAL CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | ROBERT STARTER | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SEARS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | STATE OF NEW JERSEY | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | UMDNJ | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | UNITED HEALTHCARE | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | VERIZON | UNSECURED | 70.54 | * | 0.00 | |
| 0030 | WEBBANK/FINGERHUT | SECURED | 0.00 | 100.00% | 0.00 | |
| 0031 | WFDS/WDS | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0033 | COMENITY BANK/VCTRSSEC | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | INTERNAL REVENUE SERIVCE | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | INTERNAL REVENUE SERIVCE | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | VANDERBILT MORTGAGE AND FINANCE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0037 | UNITED STATES TREASURY/IRS | UNSECURED | 4,632.45 | * | 51.71 | |
| 0038 | STATE OF NJ | PRIORITY | 415.35 | 100.00% | 415.35 | |
| 0039 | STATE OF NJ | UNSECURED | 842.42 | * | 9.40 | |
| 0040 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 10.00 | * | 0.00 | |
| 0041 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 320.72 | * | 0.00 | |
| 0042 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 538.78 | * | 6.01 | |
| 0043 | LEADERS FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0044 | HSBC BANK USA NA | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | |

**Total Paid: $43,488.27**
See Summary

**Chapter 13 Case # 17-20441**

## LIST OF PAYMENTS TO CLAIMS  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| HSBC BANK USA NA | | | | | | |
| | 02/20/2018 | $61.28 | 796149 | 03/19/2018 | $49.06 | 797933 |
| | 04/16/2018 | $672.88 | 799796 | 04/16/2018 | $31.68 | 799796 |
| | 05/14/2018 | $37.08 | 801679 | 05/14/2018 | $916.74 | 801679 |
| | 06/18/2018 | $676.46 | 803570 | 06/18/2018 | $27.36 | 803570 |
| | 07/16/2018 | $27.36 | 805572 | 07/16/2018 | $676.46 | 805572 |
| | 08/20/2018 | $693.62 | 807432 | 08/20/2018 | $28.06 | 807432 |
| | 09/17/2018 | $28.06 | 809416 | 09/17/2018 | $693.62 | 809416 |
| | 11/19/2018 | $674.32 | 813263 | 11/19/2018 | $27.27 | 813263 |
| | 12/17/2018 | $27.27 | 815137 | 12/17/2018 | $674.32 | 815137 |
| | 01/14/2019 | $674.32 | 817067 | 01/14/2019 | $27.27 | 817067 |
| | 02/11/2019 | $17.56 | 818958 | 02/11/2019 | $434.03 | 818958 |
| | 03/18/2019 | $806.24 | 820889 | 03/18/2019 | $32.61 | 820889 |
| | 04/15/2019 | $27.46 | 822924 | 04/15/2019 | $678.85 | 822924 |
| | 05/20/2019 | $1,357.70 | 824884 | 05/20/2019 | $54.92 | 824884 |
| | 07/15/2019 | $56.28 | 828814 | 07/15/2019 | $1,391.40 | 828814 |
| | 08/19/2019 | $700.32 | 830698 | 08/19/2019 | $28.32 | 830698 |
| | 09/16/2019 | $27.80 | 832773 | 09/16/2019 | $687.40 | 832773 |
| | 11/18/2019 | $609.12 | 836846 | 11/18/2019 | $24.64 | 836846 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 06/20/2022 | $9.83 | 8002892 | 06/20/2022 | $6.01 | 8002892 |
| PSE&G | | | | | | |
| | 06/20/2022 | $11.18 | 893198 | | | |
| STATE OF NJ | | | | | | |
| | 11/18/2019 | $14.69 | 838178 | 01/13/2020 | $13.24 | 841935 |
| | 04/20/2020 | $23.15 | 847698 | 05/18/2020 | $13.55 | 849493 |
| | 06/15/2020 | $6.05 | 851171 | 07/20/2020 | $13.93 | 853028 |
| | 08/17/2020 | $13.93 | 854850 | 09/21/2020 | $13.93 | 856717 |
| | 10/19/2020 | $13.93 | 858554 | 11/16/2020 | $13.93 | 860323 |
| | 12/21/2020 | $13.93 | 862189 | 01/11/2021 | $13.93 | 863842 |
| | 02/22/2021 | $17.69 | 865706 | 03/15/2021 | $13.93 | 867394 |
| | 04/19/2021 | $13.93 | 869214 | 05/17/2021 | $13.93 | 871047 |
| | 06/21/2021 | $14.16 | 872881 | 07/19/2021 | $14.15 | 874619 |
| | 08/16/2021 | $14.16 | 876321 | 09/20/2021 | $14.15 | 878092 |
| | 10/18/2021 | $14.31 | 879823 | 11/17/2021 | $15.58 | 881511 |
| | 01/10/2022 | $14.47 | 884793 | 02/14/2022 | $14.46 | 886504 |
| | 03/14/2022 | $14.61 | 888193 | 04/18/2022 | $29.70 | 889935 |
| | 05/16/2022 | $14.85 | 891605 | 06/20/2022 | $13.08 | 893327 |
| | 06/20/2022 | $9.40 | 893328 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 11/18/2019 | $768.81 | 8001323 | 01/13/2020 | $693.02 | 8001404 |
| | 04/20/2020 | $1,211.35 | 8001529 | 05/18/2020 | $709.15 | 8001590 |
| | 06/15/2020 | $316.65 | 8001647 | 07/20/2020 | $728.85 | 8001710 |
| | 08/17/2020 | $728.85 | 8001769 | 09/21/2020 | $728.85 | 8001832 |
| | 10/19/2020 | $728.85 | 8001890 | 11/16/2020 | $728.85 | 8001946 |
| | 12/21/2020 | $728.85 | 8002005 | 01/11/2021 | $728.85 | 8002061 |
| | 02/22/2021 | $925.58 | 8002118 | 03/15/2021 | $728.85 | 8002170 |
| | 04/19/2021 | $728.85 | 8002224 | 05/17/2021 | $728.85 | 8002272 |
| | 06/21/2021 | $740.66 | 8002325 | 07/19/2021 | $740.67 | 8002377 |
| | 08/16/2021 | $740.66 | 8002427 | 09/20/2021 | $740.67 | 8002474 |
| | 10/18/2021 | $748.54 | 8002522 | 11/17/2021 | $815.22 | 8002576 |
| | 01/10/2022 | $756.93 | 8002677 | 02/14/2022 | $756.94 | 8002731 |
| | 03/14/2022 | $764.39 | 8002783 | 04/18/2022 | $1,553.86 | 8002837 |
| | 05/16/2022 | $777.41 | 8002890 | 06/20/2022 | $684.31 | 8002942 |
| | 06/20/2022 | $51.71 | 8002942 | | | |

**Chapter 13 Case # 17-20441**

## SUMMARY

| | |
|---|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: July 07, 2022. | |
| Receipts: $44,149.28    -    Paid to Claims: $35,895.94    -    Admin Costs Paid: $7,592.33    =    Funds on Hand: $661.01 | |
| Base Plan Amount: $43,491.00    -    Receipts: $44,149.28    =    Total Unpaid Balance: **($658.28) | |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.