**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

**IZIAH LOCKETT,**

Case No.:  17-20441 SLM

**Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $11.18, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:     PSE&G
                          BANKRUPTCY DEPARTMENT
                          PO BOX 490
                          CRANFORD, NJ  07016

Amount:                   $11.18

Trustee Claim Number:     19

Court Claim Number:       3

Reason:                    Not Cashing

By:  /S/  Marie-Ann Greenberg

Dated:  October 17, 2022          MARIE-ANN GREENBERG
                                  CHAPTER 13 STANDING TRUSTEE