Certificate Number: 14424-NJ-DE-036939024

Bankruptcy Case Number: 17-20441



14424-NJ-DE-036939024

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2022, at 8:21 o'clock PM EDT, Iziah J Lockett completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  October 29, 2022            By:  /s/Edsie Lim

                                   Name:  Edsie Lim

                                   Title:  Certified Personal Finance Counselor